IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


GERRY PARISH,
a/k/a GARY PARISH,

     Plaintiff,

v.                                                              4:16cv148-WS/GRJ

WILLIAM DAVIS, et al.,

     Defendants.

_____


<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>

Before the court is the magistrate judge's report and recommendation

docketed March 25, 2016.  <u>See</u> Doc. 4. The magistrate judge recommends that the

plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(g). The plaintiff

has filed objections (doc. 5) to the magistrate judge's report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court

has determined that the magistrate judge's report and recommendation should be

adopted. This court has confirmed that, in the Middle District of Florida, the

plaintiff has had prior cases dismissed as frivolous (No. 3:03cv883–J–32MCR), for

abuse of the judicial process (No. 3:04cv573–J–20TEM), and for having more than

three strikes (No. 3:04cv911–UA–TEM). In the Southern District of Florida, the

plaintiff has had two cases (Nos. 0:00cv6377–DTKH & 0:03cv61907–DTKH)

dismissed for failure to state a claim. That each of these prior cases is more than

ten (10) years old does not save him from the operation of § 1915(g). *See Barnett*

*v. Jones*, No. CIV 12cv354–FHS–SPS, 2012 WL 5818161, at *1 (Nov. 15, 2012)

(noting that "[t]here is no time limitation for strikes"). The plaintiff may initiate a

new civil rights action by filing a new civil rights complaint form and paying the

full filing fee.

 Accordingly, it is ORDERED:

 1. The magistrate judge's report and recommendation (doc. 4) is hereby

ADOPTED and incorporated by reference into this order.

 2. The plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

 3. The plaintiff's complaint and this action are DISMISSED WITHOUT

PREJUDICE pursuant to 28 U.S.C. § 1915(g).

 4. The clerk shall enter judgment stating: "All claims are dismissed without

prejudice."

 5. The clerk shall note on the docket that this case was dismissed pursuant to

28 U.S.C. § 1915(g).

DONE AND ORDERED this ___19th___ day of ___April___, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE